**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                     NO. 4:07cr00387-001 SWW

MELISSA GAIL SARMIENTO

<u>ORDER</u>

Defendant appeared for a hearing before this Court on September 29, 2008, and entered a guilty plea after which, counsel for the defendant requested that the defendant be allowed to remain on bond pending sentencing. After arguments of defense counsel, no objection by the government and the testimony of the Probation Officer, the Court found that there are exceptional circumstances, pursuant to 18 U.S.C. §3145, to allow defendant to remain on conditions of release and that such conditions should be modified.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include a special condition of home detention with electronic monitoring. The cost of such monitoring shall be paid by the United States Probation Office.

IT IS SO ORDERED this 29th day of September, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE