# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                   NO. 4:07CR00387-001  SWW

MELISSA GAIL SARMIENTO

### ORDER

IT IS SO ORDERED that petition [doc #106] filed December 22, 2015 is denied as moot and superseded by petition [doc #109] filed January 27, 2016.

DATED 1/29/2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE